# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

129776

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CHRISTOPHER WILLIAM MELMS,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129776
COA: 262391
Oakland CC: 2004-195645-FH

On order of the Court, the application for leave to appeal the September 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

Clerk

s0125